UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NATALIA CUSHMAN,
     Plaintiff,
v.                                                   Case No.:

LARGO POLICE DEPARTMENT,
CITY OF LARGO,
     Defendants.

_____/

## NOTICE OF REMOVAL

Defendant, CITY OF LARGO (the City), by and through its undersigned counsel and for and on behalf of the City and its police department which has been separately named as Defendant, LARGO POLICE DEPARTMENT, files this Notice of Removal of the above-captioned action presently pending in the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, Case Number: 19-000378-CI pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, and Local Rule 4.02, and in support states:

1.     On January 24, 2019, Plaintiff filed an eight-count complaint in the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, Case Number 19-000378-CI. In accordance with 28 U.S.C. § 1446(a) and Local Rule 4.02(b), a copy of all process, pleadings, and orders served upon the Defendants is attached as **Composite Exhibit A.**

2.     Defendants were served on February 6, 2019. Accordingly, pursuant to 28 U.S.C. § 1446(b), this Notice is timely filed with this Court within thirty (30) days of service.

3.     In accordance with 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be given to the adverse party, and a copy of this notice will be filed

with the Clerk of the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida.

## Removal Based on Federal Question

4.     Plaintiff's complaint alleges violations of federal law.  Specifically, Count I presents a § 1983 claim for violation of "constitutionally protected rights under the Fourth, Fifth, and Fourteenth Amendments to the Constitution of the Unites States." Compl. ¶ 25. Count II alleges additional violations of Plaintiff's civil rights pursuant to 42 U.S.C. § 1983 and asserts that Defendants violated Plaintiff's constitutionally protected rights including:

> (a) the right to be free from unreasonable searches and seizures; (b) the right to not be deprived of liberty without due process of law; (c) the right not to be deprived of property without due process of law; (d) the right to be free from excessive use of force by persons acting under color of state law; and (e) the right to just compensation for taking of property.

Compl. ¶ 34.

Further, Count III alleges that Defendants violated Plaintiff's constitutional rights by using "excessive force when less restrictive means [were] available." Compl. ¶ 36. Finally, Count IV alleges that Defendants violated Plaintiff's constitutional rights "by falsely arresting and detaining the Plaintiff . . . ." Compl. ¶ 40. All of the alleged violations occurred within the Middle District of Florida.

5.     This Court has original jurisdiction over the above-described action under the provisions of 28 U.S.C. § 1331 (Federal Question), as the action seeks relief under the United States Constitution, and the claims may therefore be removed to this Court by the Defendants pursuant to the provisions of 28 U.S.C. § 1441 (a) and (c) and 28 U.S.C. § 1443.

6.      Plaintiff also alleges violations of state law, but the federal law claims predominate and share a common nucleus of operative facts.  In addition, there is no novel issue of state law. Plaintiff's state law allegations depend on and incorporate her allegations of constitutional violations.  Moreover, the facts to support both the state law claims and the federal law claims are the same.  Therefore, this Court has supplemental jurisdiction under the provisions of 28 U.S.C. § 1367, and the claims may be removed to this Court by the Defendant pursuant to the provisions of 28 U.S.C. § 1441 (a) and (c) and 28 U.S.C. § 1443.

Dated: February 26, 2019

By: _/s/Nikki C. Day_
Trial Counsel
Alan S. Zimmet, B.C.S.
Florida Bar No. 349615
Nikki C. Day, B.C.S.
Florida Bar No. 77551
**BRYANT MILLER OLIVE P.A.**
One Tampa City Center, Suite 2700
Tampa, FL  33602
813-273-6677
813-223-2705 fax
azimmet@bmolaw.com
nday@bmolaw.com
nakins@bmolaw.com
cmiller@bmolaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically, through the Clerk of the Court by using the CM/ECF system, to the party on the service list below and was also served via email to the party on the service list below.

_/s/ Nikki C. Day_
Nikki C. Day, B.C.S.

# SERVICE LIST

Katerina Kurbatova, Esq.
Law Offices of Smith & Kurbatova
5570 S US Hwy 17/92
Casselberry, FL  32707
kkurbatova@smithkurbatova.com
*Counsel for Plaintiff*