UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NATALIA CUSHMAN,
    Plaintiff,

v.                                              Case No.: 8:19-cv-496-T-30SPF

CITY OF LARGO, FLORIDA,
and BRIAN LIVERNOIS,
    Defendants.
_____/

## MOTION FOR EXTENSION OF TIME FOR DEFENDANT, BRIAN LIVERNOIS, TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendant, BRIAN LIVERNOIS, moves for an extension of time to respond to Plaintiff's Second Amended Complaint (Dkt. 10) pursuant to Fed R. Civ. P. 6(b) and Local Rule 3.01 as follows:

### *Brief Background and Summary*

Plaintiff is suing the City and its police officer, Brian Livernois, for alleged constitutional violations and state law torts surrounding her arrest at a L.A. Fitness Gym (Dkt. 10, ¶¶ 11-29). This Court has twice dismissed Plaintiff's case for shotgun pleading (Dkt. 6; Dkt. 9). The second amended complaint is Plaintiff's third attempt to plead a proper case. The second amended complaint was just served on Officer Livernois for the first time on May 9, 2019 (Dkt. 16). Officer Livernois would have until May 30, 2019, to respond to the second amended complaint.

### *Request for Extension and Basis*

Officer Livernois respectfully requests a brief extension, until and including June 10, 2019, to respond to the second amended complaint.

Pursuant to the professional responsibilities and rules regulating the Florida Bar, the undersigned counsel has been in the process of clearing potential conflicts before proceeding to represent both the City of Largo and Officer Livernois in this matter. Due to previously scheduled commitments, such potential conflicts have just been cleared as of the date of this motion. Therefore, the undersigned needs a short extension of time to respond to the second amended complaint on behalf of the individual officer.

This Motion is not filed for purposes of delay. Moreover, the short extension requested would not prejudice any other party, but would allow Officer Livernois to fully respond to the second amended complaint and the unique issues to the individual officer.

### *Certificate of Conferral*

Pursuant to Local Rule 3.01(g), the undersigned counsel hereby certifies that she attempted to confer with Plaintiff's counsel immediately after the potential conflicts were cleared and prior to filing this motion, but has not yet received any response. Pursuant to the Local Rules, the undersigned will continue to contact opposing counsel and will supplement this motion with any update in this certification.

### *Memorandum of Law*

The court has wide discretion to grant this extension of time. *Woods v. Allied Concord Fin. Corp.,* 373 F. 2d 733, 764 (5th Cir. 1967). This is especially true when the request is made before the original time expires. This is the precise situation here. This motion has been filed

prior to the expiration of the original time to respond to the complaint and presents good cause for granting the motion.

WHEREFORE, Defendant, BRIAN LIVERNOIS, respectfully requests this Honorable Court grant an extension of time for him to respond to the second amended complaint until and through June 10, 2019, and grant any and further relief deemed just and proper.

Dated: May 29, 2019

/s/ *Nikki C. Day*
Alan S. Zimmet, B.C.S.
Florida Bar No. 349615
Nikki C. Day, B.C.S.
Florida Bar No. 77551
**BRYANT MILLER OLIVE P.A.**
One Tampa City Center, Suite 2700
Tampa, FL 33602
813-273-6677
813-223-2705 fax
azimmet@bmolaw.com
nday@bmolaw.com
nakins@bmolaw.com
cmiller@bmolaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and served electronically through the Clerk of the Court by using the CM/ECF system to the party on the service list below.

/s/ *Nikki C. Day*
Nikki C. Day, B.C.S.

## SERVICE LIST

Katerina Kurbatova, Esq.
Law Offices of Smith & Kurbatova
5570 S US Hwy 17/92
Casselberry, FL 32707
kkurbatova@smithkurbatova.com
*Counsel for Plaintiff*